## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 12-mc-89 (JRT/AJB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ROSS B. ERICKSON, | |
| Respondent. | |

_____

Bahram Samie, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for petitioner.

Thomas Brever, **FOSTER & BREVER, PLLC**, 2812 Anthony Lane South, Suite 200, St. Anthony, MN 55418, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Arthur J. Boylan. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

The Petition to Enforce Internal Revenue Summons [Docket No. 1] is **GRANTED** and the Respondent is ordered to obey every requirement of the IRS summons attached as **Exhibit A** to the Declaration of Revenue Officer Tim Smith and the Respondent is also ordered to provide updated responsive information to the summons for the time period of

three months immediately preceding production.


DATED: March 22, 2013
at Minneapolis, Minnesota                                        s/John R. Tunheim_____
                                                                  JOHN R. TUNHEIM
                                                             United States District Judge